# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILLOW STATION LLC; MANDY'S SITU dba CHINA CHEF; YI BAO SITU dba CHINA CHEF; LEILANI SHAVE ICE, INC.,<br><br>　　　　　Defendants.<br>_____/ | Case No.  1:15-cv-01180-LJO-SKO<br><br>**ORDER GRANTING DEFENDANT LEILANI SHAVE ICE, INC.'S STIPULATED REQUEST FOR ADDITIONAL TIME TO RESPOND TO THE COMPLAINT** |

   On September 21, 2015, Plaintiff Jose Escobedo ("Plaintiff") and Defendant Leilani Shave Ice, Inc. ("Leilani") filed a stipulated request that Leilani have an extension of time until October 26, 2015, to file a response to Plaintiff's complaint. (Doc. 11.)

   Having reviewed the parties' stipulation, IT IS HEREBY ORDERED that Defendant Leilani Shave Ice, Inc. shall file a response to Plaintiff's complaint by no later than October 26, 2015.

IT IS SO ORDERED.

Dated:   **September 24, 2015**　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE