# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILLOW STATION LLC; MANDY'S SITU dba CHINA CHEF; YI BAO SITU dba CHINA CHEF; LEILANI SHAVE ICE, INC.,<br><br>　　　　　Defendants.<br>_____/ | Case No. 1:15-cv-01180-LJO-SKO<br><br>**ORDER GRANTING PARTIES' STIPULATED REQUEST FOR ADDITIONAL TIME TO RESPOND TO THE COMPLAINT** |

On September 25, 2015, Plaintiff Jose Escobedo ("Plaintiff") and Defendants Mandy S. Situ and Yi Bao Situ dba China Chef ("Situ Defendants") filed a stipulated request that the Situ Defendants have an extension of time until October 26, 2015, to file a response to Plaintiff's complaint. (Doc. 11.)

Having reviewed the parties' stipulation, IT IS HEREBY ORDERED that the Situ Defendants shall file a response to Plaintiff's complaint by no later than October 26, 2015.

IT IS SO ORDERED.

Dated:   **September 28, 2015**　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE