Ryan M. McNamara, Bar No. 223606
rmcnamara@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100

Attorneys for Defendants Willow Station LLC and
Leilani Shave Ice, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO, | Case No. 1:15-cv-01180-LJO-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO FURTHER EXTEND DEFENDANT LEILANI SHAVE ICE, INC.'S TIME TO RESPOND TO COMPLAINT AND TO EXTEND DEFENDANT WILLOW STATION LLC'S TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144)** |
| v. | |
| WILLOW STATION LLC; MANDY S. SITU d/b/a CHINA CHEF; YI BAO SITU d/b/a CHINA CHEF; LEILANI SHAVE ICE, INC., | |
| Defendants. | |
| | (Doc. 15) |
| | Complaint Served (Leilani): August 2, 2015<br>Current Response Date: October 26, 2015<br>New Response Date: November 2, 2015<br>Complaint Served (Willow Station): August 25, 2015<br>Current Response Date: October 26, 2015<br>New Response Date: November 2, 2015<br>Complaint Filed: July 29, 2015<br>Trial Date: None Set |

Plaintiff Jose Escobedo ("Plaintiff") and Defendants Leilani Shave Ice, Inc. ("Leilani") and Willow Station LLC ("Willow Station") (collectively, "Defendants") hereby stipulate that Defendants shall have up to and including November 2, 2015, to respond to Plaintiff's Complaint

("Complaint").

WHEREAS:

1. Plaintiff filed the Complaint on July 29, 2015.

2. Call & Jensen has been retained by Leilani and Willow Station as defense counsel in this matter.

3. Plaintiff served its Complaint on Leilani on August 2, 2015.

4. Leilani's current deadline to respond to the complaint is October 26, 2015.

5. Plaintiff's Request for Waiver of Service of Summons ("Request") was sent to Willow Station on August 25, 2015.

6. Plaintiff's Request was executed by Willow Station and filed by Plaintiff on August 31, 2015.

7. Accordingly, Willow Station's current deadline to respond to the complaint is October 26, 2015.

8. The parties have explored, and continue to explore, the potential for expeditious resolution of their dispute.

9. The parties anticipate their efforts to conclude this dispute will be successful and, in an effort to preserve both the parties' resources and the Court's resources, wish to further extend each Defendant's responsive deadline to November 2, 2015.

10. The extension requested does not affect any date or event set by Court order.

NOW, THEREFORE, the parties stipulate as follows: Leilani and Willow Station shall have up to and including November 2, 2015, to answer or otherwise respond to the Complaint.

//
//
//
//
//
//
//

Nothing in this stipulation shall limit any party's right to seek a further extension. Nothing in this stipulation shall represent a waiver or relinquishment of any of the parties' respective rights or defenses associated in any way with the action.

Dated: October 26, 2015    CALL & JENSEN
A Professional Corporation
Ryan M. McNamara
By: */s/ Ryan M. McNamara*
Ryan M. McNamara
Attorneys for Defendants Willow Station LLC and Leilani Shave Ice, Inc.

Dated: October 26, 2015    MOORE LAW FIRM, P.C.
Tanya E. Moore
By: */s/ Tanya E. Moore (as authorized on 10/26/15)*
Tanya E. Moore
Attorneys for Plaintiff Jose Escobedo

**ORDER**

The Court has reviewed the Parties' stipulation and, good cause appearing, Defendants Leilani Shave Ice, Inc., and Willow Station, LLC, shall have up to and including November 2, 2015, to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated:   **October 27, 2015**        /s/ Sheila K. Oberto
                                      UNITED STATES MAGISTRATE JUDGE