1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>        Plaintiff,<br><br>   vs.<br><br>WILLOW STATION LLC, et al.,<br><br>        Defendants. | No.  1:15-cv-01180-LJO-SKO<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS MANDY S. SITU DBA CHINA CHEF AND YI BAO SITU DBA CHINA CHEF, <u>ONLY</u>; ORDER** |

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS MANDY S. SITU DBA CHINA CHEF AND YI BAO SITU DBA CHINA CHEF, <u>ONLY</u>; [PROPOSED] ORDER

Page 1

1    WHEREAS, Defendants Mandy S. Situ dba China Chef and Yi Bao Situ dba China Chef have not filed an answer or motion for summary judgment;

   WHEREAS, Plaintiff and Defendants Mandy S. Situ dba China Chef and Yi Bao Situ dba China Chef have settled the matter;

   WHEREAS, no counterclaim has been filed;

   Plaintiff hereby dismisses only Defendants Mandy S. Situ dba China Chef and Yi Bao Situ dba China Chef, from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: November 10, 2015                MOORE LAW FIRM, P.C.


                                       */s/ Tanya E. Moore*
                                       Tanya E. Moore
                                       Attorney for Plaintiff
                                       Jose Escobedo


**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that only Defendants Mandy S. Situ dba China Chef and Yi Bao Situ dba China Chef be dismissed with prejudice.

IT IS SO ORDERED.

  Dated:   **November 10, 2015**            **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS MANDY S. SITU DBA CHINA CHEF AND YI BAO SITU DBA CHINA CHEF, ONLY; [PROPOSED] ORDER

Page 2