Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorney for Plaintiff
Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>          Plaintiff,<br><br>     vs.<br><br>WILLOW STATION LLC, et al.,<br><br>          Defendants. | No.  1:15-cv-01180-LJO-SKO<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION; ORDER** |

WHEREAS, the remaining Defendants Willow Station LLC and Leilani Shave Ice, Inc. have not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants Willow Station LLC and Leilani Shave Ice, Inc. have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice as to Defendants Willow Station LLC and Leilani Shave Ice, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the case closed in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: November 12, 2015                MOORE LAW FIRM, P.C.


*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff
Jose Escobedo

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice as to the remaining Defendants Willow Station LLC and Leilani Shave Ice, Inc. and the case closed in its entirety.  Each party is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:   **November 13, 2015**            **/s/ Lawrence J. O'Neill**
                                   UNITED STATES DISTRICT JUDGE

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION; ORDER